# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Aaron M. Edwards

v.

Case Number:

(Full name of defendant(s))

City of Racine Police Department
Brandies RPD 10501
John Doe RPD

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 3267 Republic Ave, Racine, WI. 53405 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Racine Police Department (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Racine Police Department 730 Center St. Racine WI 53403__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Defendant acting under color of law violated plaintiff first, fourth, and fourteenth amendment rights. By arresting him in retaliation for asking for name and badge number. By officer Brandies RPD 10501, who refused to produce a warrant or explain why plaintiff brothers personal property was being taken. Plaintiff asked the defendant while at the City of Racine Police Department impound lot why they were in possession of

Complaint - 2

his brothers vehicle. Brandies RPD 10501 became hostile and plaintiff indicated he would be contacting the defendant's supervisior. An hour or so later the grief stricken plaintiff ventured back to his recently departed brother home and observed an unusual vehicle stationed in his brother's driveway, along with the front door open and immediately contacted law enforcement for assistance to determine what unknown party was inside his brother's home. Upon arrival Brandie RPD 10501 approached Plaintiff aggressively, and without warning or lawful justification, grabbed, handcuffed, and arrested Plaintiff.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1,000,000 compensatory damages
2,000,000 punitive damages

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16th__ day of __December__ 20__25__.

Respectfully Submitted,

_Aaron Edwards_
Signature of Plaintiff

(262) 221-3192
Plaintiff's Telephone Number

edwardsa20@mail.gtc.edu
Plaintiff's Email Address

3267 Republic Ave.
Racine, WI. 53405
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5